# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KIARA MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:22-cv-00965 |
| v. ) | |
| ) | Judge Trauger |
| MOUNT ZION BAPTIST CHURCH, ) | |
| JOSEPH W. WALKER, III, and ) | |
| STEPHANIE WALKER, ) | |
| ) | |
| Defendant. ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Kiara Moore ("Plaintiff") and Defendants Mount Zion Baptist Church, Joseph W. Walker III, and Stephaine Walker ("Defendants"), through their respective undersigned counsel, notify the Court that on October 18, 2023, they executed a Term Sheet that resolves Plaintiff's claims against all named Defendants. Since then, the Parties have and continue to work expeditiously to prepare and execute a formal settlement agreement. In the interim, and in light of the above, the Parties jointly request that the Case Management Conference currently scheduled for October 26, 2023, be canceled and all other proceedings temporarily suspended, pending execution of the formal settlement agreement and related documents.

Dated: October 20, 2023                    Respectfully Submitted,


                                           *s/ William D. Harris II (w/permission)*
                                           Christopher C. Sabis (Bar No. 030032)
                                           SHERRARD ROE VOIGT &
                                           HARBISON, PLC
                                           150 3rd Avenue South, Suite 1100
                                           Nashville, Tennessee 37201
                                           Phone: (615) 742-4200
                                           Facsimile: (615) 742-4539
                                           Email: csabis@srvhlaw.com

                                           - and -

                                           William D. Harris II
                                           Ryan P. Wagenleitner
                                           *Pro Hac Vice*
                                           HARRIS LEGAL ADVISORS LLC
                                           605 N. High Street, Suite 146
                                           Columbus, Ohio 43215
                                           Phone: (614) 504-3350
                                           Facsimile: (614) 340-1940
                                           Email: will@harrislegaladvisors.com
                                           Email: ryan@harrislegaladvisors.com

                                           *Attorneys for Plaintiff Kiara Moore*



                                           *s/ Paige M. Lyle*
                                           Mark E. Stamelos (TN 021021)
                                           Paige M. Lyle (TN 032959)
                                           FORDHARRISON LLP
                                           150 Third Ave South, Suite 2010
                                           Nashville, Tennessee 37201
                                           Telephone: (615) 574-6700
                                           Facsimile: (615) 574-6701
                                           Email: mstamelos@fordharrison.com
                                           Email: plyle@fordharrison.com

                                           *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served via the Court's CM/ECF system this the 20th day of October 2023, upon:

Christopher C. Sabis
Sherrard Roe Voigt & Harbison, PLC
150 Third Avenue South
Suite 1100
Nashville, TN 37201
(615) 736-2143
Fax: (615) 736-5323
csabis@srvhlaw.com

William D. Harris II
Ryan Wagenleitner
Harris Legal Advisors LLC
605 N. High Street
Suite 146
Columbus, OH 43215
(614) 504-3350
will@harrislegaladvisors.com
ryan@harrislegaladvisors.com

*Counsel for Plaintiff*

        s/ *Paige M. Lyle*
        Paige M. Lyle