IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KIARA MOORE, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:22-cv-00965 |
| | ) | Judge Trauger |
| MOUNT ZION BAPTIST CHURCH, ET AL., | ) | |
| Defendants. | ) | |

## ORDER

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the entry of this Order.

The initial case management conference scheduled for October 26, 2023 is CANCELLED.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge